# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TAMMY SHELTON,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC,<br><br>Defendant. | Case No.: 1:17-cv-00103-DAK-PMW<br><br>**ORDER**<br><br>Assigned to Honorable Dale A. Kimball<br>Referred to Magistrate Judge Paul M. Warner |

This matter, having come before the Court on the Parties Stipulation for Dismissal with Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED,** this matter is hereby DISMISSED with prejudice with each party to bear its own attorney's fees and costs.

SO ORDERED this 20th day of April, 2018.

BY THE COURT:

_____

HONORABLE DALE A. KIMBALL
United States District Judge

1